IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA

HUNTINGTON DIVISION

STEVEN M. GILES, individually and on
behalf of all others similarly situated,

           Plaintiff,

v.                                    CIVIL ACTION NO. 3:11-0330

ICG, INC., f/k/a INTERNATIONAL COAL
GROUP, INC., WILBUR L. ROSS, JR.,
BENNETT K. HATFIELD, WENDY L.
TERAMOTO, MAURICE E. CARINO, JR.,
STANLEY N. GAINES, SAMUEL A. MITCHELL,
CYNTHIA B. BEZIK, WILLIAM J.
CATACOSINOS, ARCH COAL, INC., and
ATLAS ACQUISITION CORP.,

           Defendants.

**ORDER**

The Court has been advised by counsel of the pending settlement of this action. The Court therefore finds it unnecessary to conduct further proceedings or to keep this case on the active docket. Accordingly, the Court **ORDERS** as follows:

    1.    That the remaining requirements of the Scheduling Order be continued.

    2.    That the Clerk retire this action from the active docket. The parties may submit an agreed order of dismissal within thirty days of the entry of this Order. Otherwise, dismissal will be without prejudice.

The Court will reinstate this case to the active docket if one of the parties shows good cause for such reinstatement within thirty days of the entry of this Order.

The Court **DIRECTS** the Clerk to send a certified copy of this Order to counsel of record and any unrepresented parties.

       ENTER:       October 5, 2011

_____
ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE