**IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**HUNTINGTON DIVISION**

STEVEN M. GILES, individually and on
behalf of all others similarly situated,

           Plaintiff,

v.                                   CIVIL  ACTION  NO.  3:11-0330

ICG, INC., f/k/a INTERNATIONAL COAL
GROUP, INC., WILBUR L. ROSS, JR.,
BENNETT K. HATFIELD, WENDY L.
TERAMOTO, MAURICE E. CARINO, JR.,
STANLEY N. GAINES, SAMUEL A. MITCHELL,
CYNTHIA B. BEZIK, WILLIAM J.
CATACOSINOS, ARCH COAL, INC., and
ATLAS ACQUISITION CORP.,

           Defendants.

**ORDER**

Pending is Plaintiffs' Motion for an Order Dismissing with Prejudice, but Retaining Jurisdiction for Fee Award Determination (ECF No. 39).  For reasons appearing to the Court, the Motion is **GRANTED**.  This action is **DISMISSED with prejudice**.  However, the Court **RETAINS JURISDICTION** over this matter for a period of ninety days to consider any motions for attorney fees.

                 ENTER:        November 7, 2011

                 ROBERT C. CHAMBERS
                 UNITED STATES DISTRICT JUDGE