# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF WEST VIRGINIA

STEVEN M. GILES, individually and on behalf of all
others similarly situated,

        Plaintiff,

        v.                                                                       Civil Action No. 3:11-0330

ICG, INC., f/k/a INTERNATIONAL COAL GROUP,
INC., WILBUR L. ROSS, JR., BENNETT K. HATFIELD,
WENDY L. TERAMOTO, MAURICE E. CARINO, JR.,
STANLEY N. GAINES, SAMUEL A. MITCHELL,
CYNTHIA B. BEZIK, WILLIAM J. CATACOSINOS,
ARCH COAL, INC., and ATLAS ACQUISITION CORP.,

        Defendants.

## AGREED ORDER SETTING
## ATTORNEYS FEES

The parties by Counsel of Record have previously filed with the Court a Notice of Filing

of Memorandum of Understanding [Doc. 29] advising the Court of a settlement of the underlying

disputes raised in this civil action, subject to approval of the overall settlement by the final

approval of the Delaware Court of Chancery in *Kirby v. International Coal Group, Inc.*, C.A.

No. 6464-VCP; *Kramer v. International Coal Group, Inc.*, C.A. No. 6470-VCP and *Isakor v.*

*International Coal Group, Inc.*, C.A. No. 6505-VCP (the "Delaware Actions," which were

consolidated as *In re International Coal Group, Inc. Securities Litigation*, Consolidated C.A. No.

6464-VCP). On November 7, 2011 the Court entered an Order [Doc. 40] granting Plaintiffs'

Motion for an Order Dismissing with Prejudice, but Retaining Jurisdiction for Fee Award

Determination [Doc. 39], dismissing this matter with prejudice but retaining jurisdiction for a

period of ninety days to consider any motions for attorneys fees. On January 30, 2012, following

a Settlement Hearing, the Delaware Court of Chancery entered a Final Order and Judgment approving the underlying settlement of the dispute.

Plaintiffs' Co-Counsel hereby apply for an award of attorneys' fees and expenses in the total amount of $150,000.00 in full settlement of their claim for attorneys' fees and expenses. Defendants do not oppose an award of attorneys' fees and expenses of a total amount up to $150,000.00. The parties advise the Court that they have agreed that this request shall be the sole application of Plaintiffs' Co-Counsel for an award of fees or expenses in connection with any litigation related to this or any other related case. This Court accepts and finds a total amount of attorneys' fees and expenses of $150,000.00 to be fair and reasonable. The Parties advise the Court that they have agreed that Wolf Haldenstein Adler Freeman & Herz LLP ("Wolf Haldenstein") shall disburse such attorneys' fees and expenses as Plaintiffs' Co-Counsel have agreed among themselves and Defendants and Defendants' Counsel shall have no responsibility for such disbursement once received by Wolf Haldenstein.

Accordingly, it is ORDERED Defendants shall within ten (10) business days of the date of this Order becomes final and no longer subject to further appeal or review, whether by affirmance or exhaustion of any possible appeal or review, writ of certiorari, lapse of time or otherwise, cause the sum of $150,000.00 to be wired as follows:

Wolf Haldenstein Adler Freeman & Herz LLP Special Account
Acct # 9940831403
Citibank NA
666 Fifth Avenue
New York, NY 10103
ABA # 021000089.

SO ORDERED at Huntington, West Virginia.

ENTER: March 2, 2012

ROBERT C. CHAMBERS
UNITED STATES DISTRICT JUDGE

PRESENTED BY:

BUCCI, BAILEY & JAVINS, L.C.

OF COUNSEL:

*/s/ Guy Bucci*

WOLF HALDENSTEIN
ADLER FREEMAN HERZ LLP
Gregory M. Nespole
270 Madison Avenue
New York, NY 10016
(212) 545-4600

Guy R. Bucci (W.Va. Bar No. 0521)
P. O. Box 3712
Charleston, WV 25337
(304) 345-0346
Counsel for Plaintiff Stephen M. Giles

LEVI & KORSINKSKY, LLP

OF COUNSEL:

*/s/Michael Rosner by Guy Bucci w/permission*

HAMILTON LINDLEY
GOLDFARB BRANHAM LLP
2501 N. Harwood Street, Ste.
1801
Dallas, TX 75201
(214) 583-2257

Joseph E. Levi
Michael H. Rosner
Robert H. Lefkowitz
30 Broad Street, 15th Floor
New York, NY 10004
(212) 363-7500
*Counsel for Plaintiff Mayer Friedman*

BOWLES RICE MCDAVID GRAFF & LOVE
LLP

OF COUNSEL

*/s/ Edward D. McDevitt*

JONES DAY
Robert C. Micheletto
William J. Hine
222 E. 41st Street
New York, NY 10017
(212) 326-3690

Edward D. McDevitt (W.Va. Bar No. 2437)
600 Quarrier Street
Charleston, WV 25301
Phone: (304) 347-1100
*Attorneys for Defendants ICG, Inc., f/k/a
International Coal Group, Inc., Wilbur L. Ross,
Jr., Bennett K. Hatfield, Wendy L. Teramoto,
Maurice E. Carino, Jr., Stanley N. Gaines,
Samuel A. Mitchell, Cynthia B. Bezik and
William J. Catacosinos*

- 4 -

FLAHERTY SENSABAUGH & BONASSO, PLLC

OF COUNSEL:

SIMPSON THACHER & BARTLETT LLP
George Wang
Paul Curnin
425 Lexington Avenue
New York, NY 10017
(212) 455-2000

*/s/ Thomas V. Flaherty*
Thomas V. Flaherty (W.Va. Bar No. 1213)
Post Office Box 3843
Charleston, WV 25338-3843
(304) 345-0200
*Attorneys for Defendants Arch Coal, Inc. and Atlas Acquisition Corp.*

4259893.2